IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN,

       Plaintiff,                 No. 2:11-cv-0093 JFM (PC)

   vs.

J. McCULLOUGH, et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's April 4, 2011 motion for

2   the appointment of counsel is denied.

3   DATED: April 21, 2011.

4

5                                           UNITED STATES MAGISTRATE JUDGE

6

7   /mp014;brow0093.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2