IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN,

        Plaintiff,                No. 2:11-cv-0093 JAM JFM P

   vs.

J. McCULLOUGH, et al.,

        Defendants.        <u>ORDER</u>

                                /

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed as to defendent Micone.

      Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of defendant Micone. Should defendants fail to respond, plaintiff's request will be deemed granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: July 9, 2012.

                                                                   UNITED STATES MAGISTRATE JUDGE

/kly014;brow0093.59a