IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. BROWN,

    Plaintiff,                     No. 2:11-cv-0093 JAM JFM (PC)

    vs.

J. McCULLOUGH, et al.,

    Defendants.                ORDER

_____/

       Defendant McCullough has moved to take the deposition of plaintiff Ricky L. Brown by videoconference. For good cause shown, IT IS ORDERED that defendant's request is granted. Defendant may conduct plaintiff's deposition by videoconference.

DATED: August 20, 2012.

                                            UNITED STATES MAGISTRATE JUDGE

/014;brow0093.jo

1