UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BROWN,<br><br>            Plaintiff,<br><br>       v.<br><br>J. MCCULLOUGH, et al.,<br><br>            Defendants. | No.  2:11-cv-00093 JAM JFM (PC)<br><br>ORDER |

   Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 15, 2012, plaintiff filed a request that this action be dismissed as to defendant Micone.[1]  ECF No. 32.  On July 10, 2012, defendants filed a non-opposition to plaintiff's request to dismiss defendant Micone from this action.  ECF No. 36.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's request to dismiss defendant Micone from this action (ECF No. 32) is granted; and

   2. Defendant Micone is dismissed from this action without prejudice.

Dated:  July 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow0093.frcp41

---

[1] Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

1